IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-080-CV





GUADALUPE-BLANCO RIVER AUTHORITY; CITY OF SAN MARCOS;


THE TEXAS WATER COMMISSION; AND ITS COMMISSIONERS


JOHN HALL, PAM REED, AND PEGGY GARNER,


ACTING IN THEIR OFFICIAL CAPACITIES,



 APPELLANTS


vs.





DANNY McFADIN, TEXAS FARM BUREAU, MEDINA COUNTY UNDERGROUND


WATER CONSERVATION DISTRICT, TEXAS AND SOUTHWESTERN


CATTLE RAISERS ASSOCIATION, AND TEXAS SHEEP


AND GOAT RAISERS ASSOCIATION,



 APPELLEES



 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT



NO. 92-05214, HONORABLE PETE LOWRY, JUDGE PRESIDING


 




PER CURIAM

 Appellants have filed a suggestion of mootness and motion to dismiss. The motion
is granted. Tex. R. App. P. 59(a).

 The cause is dismissed and the judgment of the district court set aside as moot.


Before Justices Powers, Jones and Kidd

Cause Dismissed and Judgment Set Aside on Appellants' Motion

Filed: January 12, 1994

Do Not Publish